# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NATALYA BARSUKOVA** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:12–CV–12245–WGY** |
| **TD BANK, N.A.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
```
TD Bank, N.A.
Two Portland Square
Portland, Maine 04112-9540
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:
```
Sergei Lemberg, Esq.
Lemberg & Associates, LLC
1100 Summer Street, Third Floor
Stamford, CT 06905
```
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SARAH ALLISON THORNTON**
*CLERK OF COURT*

**/s/ – Clarilde M Geraldino–Karasek**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2012–12–04 15:54:10.0**, Clerk USDC DMA

| | |
|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
| SERVICE OF: | SUMMONS, CLASS ACTION COMPLAINT, EXHIBIT A-B |
| EFFECTED (1) BY ME: | HANAN HAYON |
| TITLE: | PROCESS SERVER        DATE: 12/13/2012  11:44AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

TD BANK, N.A.

Place where served:

1701 ROUTE 70 EAST   CHERRY HILL NJ 080##

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

SIERA RIARIVERA

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: BROWN   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.___     SERVICES $ ____.___     TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 12 / 14 / 20 12        _____ L.S.

SIGNATURE OF HANAN HAYON
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   SERGEI LEMBERG, ESQ.
PLAINTIFF:   NATALYA BARSUKOVA
DEFENDANT: TD BANLK, N.A.
VENUE:       DISTRICT
DOCKET:      1 12 CV 12245 WGY

MARELYN MENESES 12/14/12
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 6, 2016

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.